IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 24-cv-02143-CNS-RTG | Date: December 4, 2025 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| LAURIE HOLZBAUER **Plaintiff** | *Damon Davis* <br> *J. Keith Killian* |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY **Defendant** | *Erica Payne* |

## COURTROOM MINUTES

**TELEPHONIC ORAL ARGUMENT**

Court in Session: 2:02 p.m.

Appearance of counsel. All participants present via telephone.

Discussion held on deadlines, depositions, and pending motions.

As outlined on the record, it is

**ORDERED:** **[61] Plaintiff's Motion to Limit the Testimony of Defense Expert Dr. Ramaswamy is GRANTED.**

**[62] Plaintiff's Motion to Limit the Testimony of Defense Expert Werber is GRANTED in part and DEFERRED ruling in part.**

**[68] Defendant's Motion to Exclude Opinions of Nelson Waneka Under F.R.E. 702 is GRANTED in part and DENIED in part.**

Discussion held on settlement potential and summary judgment motions.

The Court clarifies that a written order will not issue, parties may obtain a transcript from the court reporter.

Court in Recess:  2:29 p.m.		Hearing concluded.		Total time in Court:  00:27